UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY CHESTER LEWIS, | NO. CV 08-3527 GW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 19, 2012.

GEORGE H. WU
UNITED STATES DISTRICT JUDGE